United States District Court
District of Puerto Rico
Exhibits Log: 25-241-PAD 5-19-25 Preliminary
USA v. Genao-Diaz, 5/19/2025

| EXHIBIT | DESCRIPTION | RLS | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| Gov-1 | Defendant`s Passport | No | 5/19/2025 8:56 AM | 5/19/2025 8:56 AM |
| Gov-2 | Permanent Resident Card | No | 5/19/2025 8:57 AM | 5/19/2025 8:57 AM |
| Gov-3 | Complaint`s Affidavit | No | 5/19/2025 8:57 AM | 5/19/2025 8:57 AM |